UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA DONNELLY,
a/k/a, DONNELLY CORPORATION

       Plaintiff,

vs.

GUARDIAN INDUSTRIES CORP.,
GUARDIAN AUTOMOTIVE CORPORATION,
GUARDIAN AUTOMOTIVE PRODUCTS, INC.,
GUARDIAN INDUSTRIES DISTRIBUTION
CENTER, INC., and GUARDIAN GLASS COMPANY,

       Defendants.

_____/

CASE NO. 05-74444

HONORABLE ARTHUR J. TARNOW
HONORABLE STEVEN D. PEPE

## ORDER REGARDING JULY 6, 2007, HEARING

On June 27, 2007, Plaintiff filed its objections to this Court's June 15, 2007, Order (Dkt. #148). Plaintiff's motion was treated as a motion for reconsideration and was referred for hearing and determination pursuant to 28 U.S.C. § 636 (b)(1)(A). A June 13, 2007, hearing was held on Plaintiff's motion in which all unresolved issues were addressed. In light of certain clarifications made on the record, Plaintiff's counsel agreed to withdraw its objections to the Court's June 15, 2007, Order.[1] As such, the Court's June 15, 2007, Order, is not modified and

---

[1] Mr. Recker's deposition is to reconvene on topics, including CK truck parts, encapsulation, and Guardian's process for bonding hardware to glass in relation to videos and pictures of the inspection of Guardian's facility in addition to topics covering materials that were not previously disclosed to Plaintiff's counsel prior to Mr. Recker's original deposition.

1

remains in full force and effect.

For the reasons stated on the record, it was also determined that the deposition of Duane Recker in both his individual capacity, and in his capacity as a Rule 30(b)(6) designee of Guardian shall last not more that ten (10) hours spread over two (2) consecutive days. Accordingly, it is **ORDERED** that the deposition of Duane Recker shall reconvene under these time constraints.[2]

The parties to this action may object to and seek review of this Order, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

**SO ORDERED.**


Date: July 6, 2007                                        s/Steven D. Pepe
Ann Arbor, Michigan                          United States Magistrate Judge

---

[2] It should be noted that any objections to this section does not allow a party to bring any further objections to the Court's June 15, 2007, Order, as the time for objections to that Order has now passed.

CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2007, I electronically filed the foregoing paper with the Clerk Court using the ECF system which will send electronic notification to the following: Dean W. Amburn, Patrice S. Arend, Shuaib Atique, Peter M. Falkenstein, Jeffrey G. Heuer, Kristopher K. Hulliberger, Patrick M. McCarthy, Jeffrey A. Sadowski, and I hereby certify that I have mailed United States Postal Service the paper to the following non-ECF participants: not applicable.

      s/ James P. Peltier
      James P. Peltier
      Courtroom Deputy Clerk
      U.S. District Court
      600 Church St.
      Flint, MI 48502
      810-341-7850
      pete_peliter@mied.uscourts.gov